BENJAMIN & KENTNOR Co., Appellant, v. CAMDEN POST-TELEGRAM Co., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JENNIE BERN, Respondent, v. MARGARET A. BALET, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ

JOHN CASITORE, Respondent, v. UNITED STATES SHIPPING BOARD EMERGENCY FLEET CORPORATION and Another, Defendants, Impleaded with EAST RIVER STEVEDORING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

FREDERICK W. WHITE, Respondent, v. CLARENCE M. BUSCH, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

MORRIS ROSENWASSER, Respondent, v. BLYN SHOES, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; McAvoy and Martin, JJ., dissent.

MORRIS KUTINSKY, Respondent, v. LOUIS HOFFENBERG, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

SADIE KUTINSKY, Respondent, v. LOUIS HOFFENBERG, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JACOB FALKENBERG, as Administrator, etc., of EMMA FALKENBERG, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant, Impleaded with Another.— Judgment affirmed, with costs. No opinion Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

HARRY COHEN and Another, Respondents, v. JAMES A. TIMONY and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

CARMINE MACARI, as Administrator, etc., of ANTONIO MACARI, Deceased, Appellant, v. THE FLEISCHMAN COMPANY, Respondent.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that the questions whether the chauffeur was acting within the scope of his employment and whether he was negligent were issues of fact which should have been submitted to the jury. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

WILLY R. VOGELER and Others, Respondents, v. ALWYN IMPROVEMENT CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Dowling, P. J., and Martin, J., dissent.

ADA CARTER, Respondent, v. BLANC REALTY COMPANY, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ISIDORE FAITT, Plaintiff, v. THE CORN EXCHANGE BANK, Appellant. JACOB A. FRIEDMAN, Respondent.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.